STEPHEN D. DEMIK (Bar No. 221667)
10751 Rose Ave., 306
Los Angeles, California 90034
Telephone: (619) 813-4347
Facsimile: (605) 341-0716
Email: stephen.demik@demiklaw.com

Attorney for Defendant
DAWONOVAN GIPSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAWONOVAN GIPSON (#2),<br><br>  Defendant. | Case No. 21-CR-124-DMG-2<br><br>**EX PARTE APPLICATION TO MOVE CLIENT TO MDC OR, IN THE ALTERNATIVE, ORDER TRANSPORTATION TO LOCKUP FOR PSYCHOLOGICAL TESTING** |

Defendant Dawonovan Gipson, by and through his attorney of record, Stephen Demik, hereby moves ex parte to order the United States Marshals (USM) to move move Mr. Gipson to the Metropolitan Detention Center (MDC) in Los Angeles or, in the alternative, order the Marshals to transport Mr. Gipson to the First Street Courthouse lockup for psychological testing on Wednesday, March 14 and Wednesday, March 23, 2022. This application is based upon the attached declaration of counsel.

Respectfully submitted,

DATED: March 2, 2022        By  */s/ Stephen D. Demik*
                                STEPHEN D. DEMIK
                                Attorney for Defendant Dawonovan Gipson

## DECLARATION OF COUNSEL

I, Stephen D. Demik, hereby declare as follows:

1. I am the attorney appointed by this Court to represent Dawonovan Gipson in the above matter.

2. I was appointed by the Court on August 13, 2021. Mr. Gipson was remanded into UAM custody on the same day.

3. I have retained a psychologist to evaluate Mr. Gipson. Based on my conversations with that psychologist, she needs to test Mr. Gipson. She informed me that doing the testing in-person is required and, further, that contact visitation is best for the required testing.

4. My client is currently housed at San Bernardino County Jail, which does not allow for contact visitation and whose visiting conditions are not conducive to psychological testing at all, based on my anecdotal experience.

5. MDC allows for contact visitation, which would allow my retained psychologist to test Mr. Gipson in a more effective and efficient manner. However, if he cannot be moved to MDC, then I have been informed by the USM that they can transport Mr. Gipson to the First Street courthouse lockup with a court order.

6. My retained psychologist can conduct the testing on March 14 and March 23.

7. On February 21, 2022 I sent an email to AUSA Jeremiah Levine regarding the relief sought in the instant application. To date, I have not received a response on whether or not the government opposes the current application.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of March, 2022.

/s/ Stephen D. Demik
STEPHEN D. DEMIK
Attorney for Defendant Dawonovan Gipson