**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-CR-124-DMG-2 |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| DAWONOVAN GIPSON, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HERE BY ORDERED that the United States Marshals are to [move Mr. Gipson to MDCLA before March 14, 2022.][transport Mr. Gipson to the First Street courthouse lockup for testing on March 14 and March 23, 2022.]

IT IS SO ORDERED.

Dated: _____

_____
Honorable Dolly M. Gee
United States District Judge

Presented by:

*/s/ Stephen D. Demik*
STEPHEN D. DEMIK