# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAWONOVAN GIPSON,<br><br>　　　　　　Defendant. | Case No. CR 21-124-DMG-2<br><br>**ORDER RE DEFENDANT'S *EX PARTE* APPLICATION SEEKING TRANSPORT OF DEFENDANT BY USM [83]** |

GOOD CAUSE HAVING BEEN SHOWN, and no opposition having been timely filed by the Government, Defendant's *ex parte* application [Doc. # 83] is GRANTED. The United States Marshals Service shall transport Defendant Dawonovan Gipson to the First Street Courthouse lockup for psychological testing on March 14 and March 23, 2022.

IT IS SO ORDERED.

DATED:  March 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: U.S. Marshals Service