# Exhibit A

Dr. Kirschenbaum Report

**KELE KIRSCHENBAUM, PSY.D.**
CLINICAL PSYCHOLOGIST | LICENSE PSY-29121
8920 WILSHIRE BLVD | SUITE 334 | BEVERLY HILLS | CA | 90211
424.239.9775| DrK@DrKirschenbaum.com

---

## PSYCHOLOGICAL EVALUATION
## *CONFIDENTIAL*

Examinee: Dawanovan Gipson                                  Date of Birth: 06/11/1985 (36)
Date of Assessment: 03/21/2022, 03/23/2022           Date of Report: 04/04/2022

### Reason for Referral
Mr. Stephen Demik, JD has requested to have his client, Mr. Dawanovan Gipson, evaluated to complete a psychological evaluation and determine mental health treatment needs.

### Sources of Information
Clinical Interview (03/21/22, 03/23/22)
Los Angeles Unified School District Records (2003)

### Instruments
Wechsler Adult Intelligence Scale-Fourth Edition (WAIS-IV) – 03/23/22

### Behavioral Observations
I evaluated Mr. Gipson at the First Street U.S. Courthouse in Los Angeles, CA for an approximate total of five hours. Mr. Gipson was calm, cooperative and polite. He was dressed in orange jail attire with appropriate grooming and hygiene. His mood was euthymic and affect was blunted. His rate, rhythm and volume of speech were within normal limits. His thought process was linear and organized, with logical and appropriate thought content. However, Mr. Gipson was difficult to understand at times and struggled to speak clearly. Mr. Gipson denied delusions, hallucinations and there was no evidence of a psychotic process. He presented with adequate judgment and insight. Mr. Gipson denied thoughts to harm himself or others.

### Clinical Impression
Mr. Gipson suffers from Major Depressive Disorder and Substance Use Disorders. As summarized here and described in greater detail below, Mr. Gipson appears to be an ideal candidate for mental health and substance use treatment.

Mr. Gipson was exposed to significant violence as a child. He was raised in a gang-infested environment, where he was targeted for his father's gang involvement. Further, Mr. Gipson witnessed shootings and was surrounded by community violence, leading to an intense fear and sense of vulnerability in the world. Mr. Gipson's adverse childhood events coupled with his limited coping skills caused him to make poor decisions that negatively affected his life trajectory.

Mr. Gipson entered adulthood on the heels of a complicated childhood that left him with instability, low self-esteem and difficulty managing adult responsibilities. Mr. Gipson repeatedly lost loved ones to violence and developed a complicated depression that he self-medicated with illicit substances. While

Re: Dawanovan Gipson
Page 2 of 8

lacking the skills needed to gain independence and improve his mental health, Mr. Gipson became caught in a cycle of incarceration, homelessness and addiction. With a greater ability to adaptively manage mental health symptoms, Mr. Gipson will have significantly improved decision-making abilities. Consequently, Mr. Gipson deserves the opportunity to receive mental health services to learn skills needed to live a safe and stable adult life.

It is my professional opinion that Mr. Gipson is amenable to treatment and is eager to improve his current circumstances. Mr. Gipson has the greatest likelihood for success with stable housing, employment, substance use treatment and therapy. With proper support and treatment, Mr. Gipson has the potential to improve his decision-making abilities, expand his repertoire of coping skills and live a meaningful life.

Mr. Gipson's intellectual functioning was assessed, yielding a Full Scale IQ of 79, which falls in the Borderline range of functioning. Mr. Gipson's scores were significantly impacted by his limited education and need for special education classes. His level of intelligence contributes to his decision making and should be considered when determining his future.

**Background Information**
Mr. Gipson was raised in Nickerson Gardens, which he described as a "very rough" public housing complex in Watts, CA. At the time of Mr. Gipson's birth, his mother was just 16 years old, and they lived in his maternal grandmother's home. He continued that his father was absent during his early childhood due to having "juvenile life," referring to serving time in custody as a minor. Mr. Gipson continued that he first met his father when he was about 10 years old, and they established a relationship. He reminisced about visiting his paternal grandmother's home, watching movies and playing basketball. Mr. Gipson concluded that his father passed away in 2018.

Mr. Gipson described his mother as his "bestest friend" since he "always been with her," referring to spending time together in childhood. He continued that she was employed as a hospital security guard and secured her own apartment in Nickerson Gardens when he was about three years old. With deep gratitude, Mr. Gipson stated, "I ain't never needed nothing. She gave me everything I want plus more."

Mr. Gipson reported that at a young age, his mother was in a relationship with a man named Zaddie. When their relationship ended, Mr. Gipson maintained a connection with Zaddie, who became a "father figure." Mr. Gipson continued that Zaddie took him to school, helped him with homework and taught him how to ride a bike when his father was in custody. Mr. Gipson continued that at the age of nine, "someone killed" Zaddie, leaving Mr. Gipson "heartbroken … I still don't know why they did it. He was a good person." Research has shown that childhood traumatic and adverse interpersonal events result in impaired self-capacities, which the authors have identified as identity development disturbance, difficulties with affect regulation and challenges forming meaningful interpersonal relationships (Briere & Rickards, 2007).[1]

Mr. Gipson detailed the community violence he endured as a child in Nickerson Gardens. Research indicates that childhood threats of violence can negatively impact health, behavioral, emotional and cognitive functioning in children (Graham-Bermann & Seng, 2005).[2] He stated, "People fight everyday … Violence everywhere." Mr. Gipson witnessed shootings and explained that at about eight years old, "I seen someone got shot but he was still alive … I was like shocked. Man, this really happened. My mom rushed me home." Mr. Gipson recalled that when they arrived home, his mother cried as she apologized that "I had to seen that" and encouraged that "everything will be alright."

---

[1] Briere, J. & Rickards, S. (2007). Self-awareness, affect regulation, and relatedness: Differential sequels of childhood versus adult victimization experiences. *J Nerv Ment Dis*, 95(6):497-503.
[2] Graham-Bermann, S. A. & Seng, J. (2005). Violence exposure and traumatic stress symptoms as additional predictors of health problems in high-risk children. *The Journal of Pediatrics*, 146, 349–354.

Mr. Gipson explained that his father was gang affiliated, which created challenges for Mr. Gipson. He remembered that his father had "FHCC," which stood for "Front Hood Compton Crip," tattooed on his stomach and "BKFH," which stood for "Blood killers Front Hood" tattooed on his arm. Mr. Gipson continued that he was targeted by "bounty hunters," who were "Bloods" gang members, because of his father's "Crip" history. He continued that he had to "pay the price" for his father's transgressions and subsequently others tried to "rough me up or chastise me." He remembered others taunting, "Oh man, you're gonna grow up and be a Crip like your daddy."

Mr. Gipson reported that his mother implemented specific rules to guard him from danger. He shared that he had to be home "when the streetlights come on" and was restricted from visiting certain areas because his mother worried that he would "see something I wasn't supposed to see … Get hit by a car or get hit by stray bullets." To avoid violence, Mr. Gipson spent his time playing video games and sports. However, at around age 12, he was struck on the head with a pipe that was being used as a bat while playing baseball. He remembered that blood "was pouring out" and that "you could see my skull." Mr. Gipson required about 150 stitches and remembered waking up at the hospital.

At about age 14, due to ongoing violence, Mr. Gipson relocated to Compton, CA. However, the environment remained dangerous, and he moved to South Central at about age 15. Given Mr. Gipson's relocations due to violence, it is important to note that chaos in early adolescence can be highly detrimental (Fuller-Rowell, Evans, Paul & Curtis, 2015).[3]

**Education History**
Mr. Gipson identified his highest level of education as the 11th grade. He reported earning "Bs, Cs, Ds" but was truant because he was "hanging out" with friends. He later participated in "trade tech" and "Job Corps." According to Los Angeles Unified School District 2003 records, Mr. Gipson had an Individualized Education Program (IEP), where he required academic accommodations and special education classes. Additionally, Mr. Gipson reported that he received speech therapy services from about age five until age nine. He recalled that he struggled to "pronounce words" and could "barely talk."

**Adult Life**
Mr. Gipson reported that as a young adult, he lived with his mother and was employed at a burger stand, school library and Food4Less store. At about age 21, Mr. Gipson began smoking marijuana and was briefly in custody after being arrested for "a joy ride." He continued that at the time, "all my friends were getting killed … Through gang violence." From about age 21 through age 25, he repeatedly attended the funerals of his loved ones and explained, "I seen two or three people take their last breath." He continued, "That was one of the scariest moments in my life … I felt like I was gonna dies next, you never know who gonna be next."

Mr. Gipson reported that after losing many of his friends to violence, he became "depressed, stressed." He continued, "I felt it. Get real sad and emotional." He remembered that he cried often, became isolative, lacked motivation and struggled to trust people. He added, "I didn't want to be the next target, so I just stayed out of the way."

At about age 23, Mr. Gipson began self-medicating with ecstasy. He continued that ecstasy helped him avoid stress and provided him the relief "to have fun or be happy." He added that he was associating with heavy substance users and often found himself "in the wrong place at the wrong time … Guilty by association." Similarly, Mr. Gipson shared that he was arrested at about age 25 for "possession of crack

---

[3] Fuller-Rowell T. E., Evans G. W., Paul E. & Curtis D. S. (2015). The role of poverty and chaos in the development of task persistence among adolescents. *J Res Adolesc*., 25(4), 606-613.

cocaine." He reported that he served "42 months, 3 weeks and 4 days" in prison. He described prison as "crazy … I seen a lot of stuff, people get stabbed up, a few riots, someone try to commit suicide."

At about age 29, Mr. Gipson was released from custody and returned to living with his mother. He made efforts to reconnect with his family and stated, "I feel like I owe them." However, at about age 30, Mr. Gipson returned to custody for eight months on a "fraud check" charge. When he was released at about age 31, he rented his first apartment in Anaheim, CA and secured employment at a restaurant in Santa Monica, CA. He proudly stated that he was promoted from "dish washer" to "manager" for his impressive work ethic.

At about age 31, Mr. Gipson began struggling when "one of my close friends got killed" and he returned to living in South Central with his mother. However, he worried about his safety and obtained a gun "for my protection." Mr. Gipson was arrested on a gun charge and served about nine months in custody.

Mr. Gipson was released at about age 32 and lived with his aunt in West Covina, CA. After a few months, he moved to Nickerson Gardens with his girlfriend until they ended the relationship at about age 34. Over the next two years, Mr. Gipson fathered two children and lived in a car, in Las Vegas, NV and with his mother.

At about age 35, Mr. Gipson attended a memorial for a friend who was murdered in Nickerson Gardens. While at the memorial, he witnessed a close friend get "shot seven or eight times in the head." He stated, "I was hurt, emotional, sad. I went somewhere and just cried. Cried hard because I just lost two of my childhood friends." Mr. Gipson explained that his mental health deteriorated. At the same age, Mr. Gipson was arrested on the current charges.

**Employment History**
Mr. Gipson first started working at about age 17. He was employed in food establishments, supermarkets and the construction industry. He proudly shared that he has never been fired from a job. While in custody, Mr. Gipson has worked as a "Trustee … Buffering the floor." He hopes to work again soon and stated, "Never say no to a job. Always want to work." In an overview of the effects of unemployment, research shows that lack of a job results in greater distress and may affect depression, anxiety and self-esteem (Paul & Moser, 2009).[4] Additionally, individuals who gain employment demonstrate increases in social contacts, time structure and overall improvements to their mental health (Hoare & Machin, 2010).[5]

**Substance Use History**
Mr. Gipson began drinking alcohol at about age 33, and specified, "The day my dad died … It was tough on me." He continued that his father suffered an "overdose" and speculated that he committed suicide, which was traumatic for Mr. Gipson who already experienced many premature losses. Further, Mr. Gipson believed that his father struggled with alcohol addiction and observed "bottles" in his father's home. Mr. Gipson recalled managing his sadness by drinking "1800 or Patron," which helped him "relax" and became a "bad habit" that increased over time. He continued that while addicted to alcohol, he did not realize the detrimental impact of his alcohol consumption, and now believes he would "need help" with his dependency. Mr. Gipson continued that he last drank on his 34th birthday and stated, "I realized that's not me." Mr. Gipson also used ecstasy for about 10 years until around age 34. Mr. Gipson relied on substances to distract from his emotional experience and minimize his distress.

---

[4] Paul, K. I. & Moser, K. (2009). Unemployment impairs mental health: Meta-analyses. *J Vocat Behav*. 74(3), 264-282.
[5] Hoare, P. N. & Machin, M. A. (2010). The impact of reemployment on access to the latent and manifest benefits of employment and mental health. *J Occup Organ Psychol*, 83(3), 759-770.

Mr. Gipson replaced his alcohol and ecstasy use with marijuana. Although Mr. Gipson began using marijuana at about age 21, his use significantly increased at about age 34, and he was "smoking all, day everyday" while continuing to mourn his father's death. Mr. Gipson shared that he was dependent on marijuana and recalled thinking, "This ain't me, I'm doing too much." He last used marijuana around the time of his arrest in April 2021.

Mr. Gipson reported a history of drug treatment. He explained that he wants to develop coping skills to avoid substance dependency in the future. He added that while in the throes of his addiction, he struggled to recognize his dependency on substances.

**Mental Health History**
Mr. Gipson reported that he suffered from depression throughout his life. He specified that his symptoms of depression spiked from the ages of 21 to 25, 33 to 34 and again at age 35, which he noted as "the worst year probably of my life … All my friends getting killed left and right." Mr. Gipson denied a history of self-harm attempts.

Mr. Gipson reported that he currently struggles with a depressed mood and feels isolated from his family members. He stated, "I don't got any more tears to cry," in addition to lacking motivation, increased irritability and having a decreased appetite, indicating that he will "give away" his food "most of the time."

Mr. Gipson reported that he suffered daily nightmares that began when he was arrested and ended in February 2022. He added that the nightmares were of "people saying I was snitching, trying to get me. Wanted to kill me and stuff." Mr. Gipson reported that he struggles to trust others.

Mr. Gipson requires mental health treatment. However, researchers discuss the complications of receiving adequate and appropriate mental health care in custody, noting limited resources and inadequately identifying inmates who require care (Martin, et al., 2018).[6] These researchers also note that that "only 46% of inmates" who required mental health care "received more than a very brief intervention." Without adequate treatment, Mr. Gipson is unlikely to have a long-term reduction in symptoms.

**Diagnosis**
Major Depressive Disorder, Moderate (296.32)
Alcohol Use Disorder, Severe, In remission in a controlled environment (303.90)
Stimulant Use Disorder, Amphetamine-Type Substance, Severe, In remission in a controlled environment (304.40)
Cannabis Use Disorder, Severe, In remission in a controlled environment (304.30)

Mr. Gipson meets criteria for Major Depressive Disorder given that he endorsed congruent depressive symptoms that have been present for a substantial period of time. Specifically, his reported symptoms include ongoing feelings of sadness, lack of motivation, irritability, decreased appetite and low self-esteem. Mr. Gipson's depression is likely related to his experience of childhood trauma and has been maintained by additional traumatic events. Additionally, research that assessed childhood exposure to violence indicated that "observed threats of violence was the most potent predictor of depression" (Trocki & Caetano, 2003).[7]

---

[6] Martin, M. S., Potter, B. K, Crocker, A. G., Wells, G. A., Grace, R. M. & Colman, I. (2018). Mental health treatment patterns following screening at intake to prison. *J Consult Clin Psychol*. 86 (1), 15-23.
[7] Trocki, K. F. & Caetano, R. (2003). Exposure to Family Violence and Temperament Factors as Predictors of Adult Psychopathology and Substance Use Outcomes, *Journal of Addictions Nursing*, 14(4), 183-192.

Individuals who suffer from a Major Depressive Disorder often also meet criteria for a substance use disorder. Research indicates that 25% of individuals diagnosed with depression meet criteria for an alcohol use disorder, while 50% meet criteria for alternative substance use disorders (Grant et al., 2004).[8] Additionally, individuals who suffer from co-occurring depressive and substance use disorders, tend to experience more detrimental substance use habits (Conway, Compton, Stinson & Grant, 2006).[9] The literature states that substances are often utilized to cope with painful affect and manage difficult realities. The author continues that substance use is a short-term solution to distressing experiences (Khantzian, 2003).[10]

**Cognitive Functioning**
The Wechsler Adult Intelligence Scale-Fourth Edition (WAIS-IV) is a test of cognitive abilities used to assess Mr. Gipson's intellectual functioning. Mr. Gipson's Full Scale IQ of 79, is higher than 8% of similar aged peers and in the Borderline range of functioning. There is a 95% chance that Mr. Gipson's score would fall between 75-83 upon retest. Mr. Gipson's Full Scale IQ is comprised of his scores on the four indices – Verbal Comprehension (70, 2nd percentile), Perceptual Reasoning (82, 12th percentile), Working Memory (100, 50th percentile) and Processing Speed (84, 14th percentile).

Mr. Gipson completed this assessment while in a holding cell with this writer. He was allowed unrestricted use of his dominant hand.

| Index/IQ Subtest | Score | Confidence Interval | Percentile Rank | Descriptive Category |
|---|---|---|---|---|
| **Verbal Comprehension** | 70 | 66-77 | 2 | Borderline |
| Similarities | 5 | | | |
| Vocabulary | 5 | | | |
| Information | 4 | | | |
| **Perceptual Reasoning** | 82 | 77-89 | 12 | Low Average |
| Block Design | 5 | | | |
| Matrix Reasoning | 9 | | | |
| Visual Puzzles | 7 | | | |
| **Working Memory** | 100 | 93-107 | 50 | Average |
| Digit Span | 13 | | | |
| Arithmetic | 10 | | | |
| **Processing Speed** | 84 | 77-94 | 14 | Low Average |
| Symbol Search | 13 | | | |
| Coding | 12 | | | |
| **FSIQ** | 79 | 75-83 | 8 | Borderline |

Mr. Gipson's ability to utilize abstract verbal reasoning and recall vocabulary and information stored in his long-term memory falls in the Borderline range of functioning (2nd percentile) as measured by the

---
[8] Grant, B. F., Stinson, F. S., Dawson, D. A., Chou, S. P., Dufour, M. C., Compton, W., Pickering, R. P. & Kaplan, K. (2004). Prevalence and co-occurrence of substance use disorders and independent mood and anxiety disorders: Results from the National Epidemiologic Survey on Alcohol and Related Conditions. *Archives of General Psychiatry,* 61(8), 807-816.
[9] Conway, K. P., Compton, W., Stinson, F. S. & Grant, B. F. (2006). Lifetime comorbidity of DSM-IV mood and anxiety disorders and specific drug use disorders: Results from the National Epidemiologic Survey on Alcohol and Related Conditions. *Journal of Clinical Psychiatry*, 67, 247–257.
[10] Khantzian, E. J. (2003). Understanding addictive vulnerability: An evolving psychodynamic perspective. *Neuro-Psychoanalysis, 5*(1), 5-21.

Verbal Comprehension Index (VCI). Mr. Gipson's performance on the three verbal comprehension tasks indicates an impoverished fund of knowledge. Throughout the verbal tasks, Mr. Gipson demonstrated difficulty defining words, providing information and using verbal abstract reasoning to conceptualize relationships. Mr. Gipson's performance within the verbal domain is likely impacted by his limited educational background.

Mr. Gipson's ability involving visual perception, problem-solving and reasoning is in the Low Average range of functioning (12th percentile) as measured by the Perceptual Reasoning Index (PRI). Mr. Gipson was able to solve basic problems and progress to tasks that increased in difficulty and required him to utilize higher-level problem-solving abilities. Mr. Gipson's abilities on a perceptual reasoning task were a personal strength. He appeared to complete these tasks with greater ease in comparison to tasks that involved a combination of spatial organization and motor skills.

Mr. Gipson's ability to actively hold verbal information in conscious awareness, organize the information and provide an accurate response is in the Average range of functioning (50th percentile) as measured by the Working Memory Index (WMI). Mr. Gipson's performance indicates that he was able to repeat and reorganize auditory numerical stimuli and solve mathematical equations in conscious awareness. When reorganizing numerical auditory stimuli, Mr. Gipson was focused and eager to accurately complete the tasks.

Mr. Gipson's ability to quickly and correctly scan, code, or discriminate between simple visual information is in the Low Average range of functioning (14th percentile) as measured by the Processing Speed Index (PSI). These tasks rely heavily on speed and multi-tasking, and similar to the perceptual reasoning tasks, Mr. Gipson appeared to fluidly complete visual processing and discrimination exercises in comparison to tasks that incorporated added motor skills.

**Future Plans**
Mr. Gipson described his plans for the future. He wants to increase his involvement in his children's lives, start a plumbing business, complete his GED and secure his own home. He continued, "I want my kids to be together and I want them to know who they are" and spoke of his wish to "be there for my family." Mr. Gipson explained, "My dad wasn't around and I want my kids to know me … My mom and certain people raised me better than that. I don't got no tattoos because I know better." He concluded, "I do feel like I let myself down and I let my kids down." Mr. Gipson reported that he speaks to his mother weekly, but she does not visit because "she's very emotional and sensitive and I don't want her to see me like this." He looks forward to improving his circumstances and repairing many of his relationships.

Mr. Gipson reported that he frequented Nickerson Gardens to inspire people to "do better. There's more to life." He played sports with neighborhood children and discussed their goals. He added that through an acquaintance he met in prison, he visited San Francisco to encourage children to "stay out of trouble." He hopes to continue encouraging children to refrain from violence and focus on their futures.

**Recommendations**
1. Mr. Gipson would benefit from participating in Cognitive Behavioral Therapy (CBT).
2. Mr. Gipson would benefit from participating in Seeking Safety, which is a therapy focused on trauma and substance abuse.
3. Mr. Gipson would benefit from participating in structured substance abuse treatment program to support him through his sobriety.
4. Mr. Gipson would benefit from evaluation by a psychiatrist to determine medication support needs.
5. Mr. Gipson would benefit from participating in group therapy focusing on impulse control, emotion regulation and coping skills.

6. Mr. Gipson would benefit from participating in individual therapy to address increased insight and developing a healthy sense of self.
7. Mr. Gipson would benefit from participating in family therapy to resolve relationship issues with his family members.
8. Mr. Gipson would benefit from securing employment in order to afford him a sense of purpose and structure.

Thank you for the opportunity to evaluate your client,

_____     _____
Kele Kirschenbaum, PsyD                                    Date
Clinical Psychologist - PSY 29121

04/04/2022