# Exhibit B

## Sentencing Letters

# Jordan A. Good, M.A., L.M.F.T., #38897

Licensed Marriage and Family Therapist
371 Mobil Avenue, Suite 8
Camarillo, CA. 93010
805.660.5552

Honorable Judge Dolly Gee
United States Courthouse,
350 West 1st Street
Los Angeles, CA, 90012,
Courtroom 8C, 8th Floor

March 23, 2022

RE: Dawanovan Gipson

Dear Judge Gee

I am writing today to express my support for Mr. Dawanovan Gipson as he stands before your court and takes accountability for himself. I have come to know Dawanovan from the time we've spent together at personal growth retreats and workshops over the past several years. In my conversations with Dawanvoan, I've come to appreciate the many good and positive qualities of his character. (kind, thoughtful, generous towards others and more recently a devoted/committed father).

On a personal note, I have been a practicing psychotherapist for nearly 30 years. I have been working in the criminal justice field for over 20 years. I currently facilitate a re-entry treatment program for the formally incarcerated.

I join with the other members of our community in being committed to supporting Dawanovan as he accepts your court's judgment and as he works to reshape his role in society and support his children and family. It would mean a great deal to me and others for the court to take into consideration that Mr. Gipson is a valued member of our community. We are committed to seeing him through this time and making sure he can, hopefully soon, return to his family responsibilities that we know matter a great deal to him.

Sincerely,

Jordan A. Good, M.A.

March 10, 2022

**To: Honorable Dolly M. Gee**
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012,
Courtroom 8C, 8th Floor

**From: William Hornyak**
11375 SE 33rd Ave.
Milwaukie, Or. 97222
503 697-5808
hornyak.will@gmail.com

Dear Judge Gee,

I am writing this letter of character reference on behalf of Dawanovan Gipson who I met in the summer of 2019 at a men's retreat sponsored by the **Mosaic Multi-cultural Foundation** based in Seattle, Washington. During the five-day retreat I had several opportunities to hear Dawanovan speak, recite his poetry and converse with him about his family and life. He immediately impressed me as a passionate and creative young man who desired to serve his community and be a good father to his children. I have attended these retreats over a span of 20 years. I have also worked as a university instructor at **Lewis and College, Portland State University and Marylhurst University** since 2001. During that time I have met many young men and women. Dawanovan is among those who I can honestly say demonstrates a deep commitment to others and a strong desire to share his artistic gifts with the world. He has a great enthusiasm for community and a natural ability to inspire others. I would be happy to offer further information on his behalf.

Sincerely,

*William Hornyak*
William Hornyak

Youth Mentoring

5877 Obama Blvd. #130,
Los Angeles, Ca 90016
(323) 648-8548
tax ID/EIN: 95-4845105
ymc@youthmentoring.org

**Honorable Judge Dolly Gee**
United States Courthouse,
350 West 1st Street
Los Angeles, CA, 90012,
Courtroom 8C, 8th Floor

Dear Judge Gee,                                                              March 22, 2022

I'm writing this letter on behalf of Mr. Dawanovan Gipson. As CEO and Founder of Youth Mentoring Connection, I know Dawanovan from our shared participation in personal growth retreats hosted by Mosaic Multicultural Foundation where I bring many young people from my community. In this context I have discovered that Dawanovan has overcome many difficulties in his life that would have turned others into angry and bitter men. Yet through this all, he has remained a caring, compassionate, thoughtful, and generous young man with strong leadership qualities. I have seen Dawanovan's positive influence on the youth I bring to these retreats.

Over the past 20 years we have worked with over 7000 young people. In that time, I have become pretty good at assessing their character. I strongly believe that, regardless of the disposition of his case, Dawanovan will return to us a strong and peaceful man, dedicated to making a difference in our collective community and to supporting his children and family.

I can further promise that Youth Mentoring Connection will be ready to join with many others in welcoming him back (hopefully soon) and to use this situation as a learning experience to find strength and healing to help Mr. Gipson continue his commitment to turning a new corner in his life and keeping on a positive path.

Sincerely,

*Tony LoRe*

Tony LoRe
Founder & CEO
Youth Mentoring Connection

Honorable Judge Dolly Gee

United States Courthouse,

350 West 1st Street

Los Angeles, CA  90012

Courtroom 8C, 8th Floor


Dear Judge Gee,

    My name is Dameian James Hartfield.  I was born January 20th, 1973.  I feel young in body and old in Spirit.  I have a great amount of respect for "TIME."  Time is valuable and I will respect yours by keeping this missive official but brief.

    I am writing this in regards to Dawanovan Gipson and the time he has to serve.  From my understanding, Dawanovan has already accepted a plea agreement.

    In my relationship and all of my time spent with Dawanovan, it has been well spent and positive.  He has always been a willing participant in positive activities.  Whenever I came to him with positive opportunities and Community activities he never hesitated to get involved.  With that said, I would like to suggest that we use this situation that he's currently in to bring about a positive change in Dawanovan's life.  There's an amazing network of people and organizations that are active in his life.  We can use this time to get him some help that he need in a serious way.  We can get him whatever psychiatric evaluations and help he needs.  We can get him the educational/academic assessments that will help us play a part to help him use this time to get an education.  I Hope&Pray that he will have access to facilities that will expose him to rehabilitation programs.  I will play my part to support Dawanovan in any way that I can.  I am here to help…

    Dear Judge Gee, thank you very much for tour TIME in reading this missive and I ask that you consider helping Dawanovan get access to psychiatric, educational, and rehabilitation programs.


Very Sincerely,

Dameian Hartfield

March 24, 2022

**ALICE SHELA TREVES, MSW, LCSW**
Individual, Family and Group Psychotherapy

Alice Treves, LCSW                                                                                         April 1, 2022
130 Greenfield Ave
San Anselmo, CA 94960

Honorable Judge Dolly Gee
United States Courthouse,
350 West 1st Street
Los Angeles, CA, 90012,
Courtroom 8C, 8th Floor

Dear Judge Gee,

Your Honor, I am writing to you today to add my character reference for Dawanovan Gipson. I first met Dawanovan fifteen-years ago when he came to visit us and stayed in our home. I found him to be a likable young man who was respectful and kind to our young daughter.

In the years since I have remained in touch with Mr. Gipson through his relationship with my husband, but through other men in his life as well. I wanted to relay to Your Honor that my experience of Mr. Gipson is that he has been a caring person of good character toward me, my family and his community.

Thank you,

*Alice Treves*
Alice Treves LCSW

Jeffrey Szilagyi L.Ac., President
JS Acupuncture Professional Corp
130 Greenfield Ave. #C
San Anselmo, CA 94960
415-302-4021
jeffreyszilagyi@gmail.com

Honorable Judge Dolly Gee
United States Courthouse,
350 West 1st Street
Los Angeles, CA, 90012,
Courtroom 8C, 8th Floor

Dear Judge Gee,                                             March 15, 2022

I am writing to the court today to share my personal testimony to the quality and character of Mr. Dawanovan Gipson. I wish your honor to know that Mr. Gipson matters to me and that I am committed to supporting him through this matter and back into his family and community roles where he can contribute to the well-being of his children and society. I do believe that Mr. Gipson needs the support of his wider community at this time, and I would like your honor to know that I am one of several highly committed allies to help Dawanovan successfully make his way through this challenge.

For your honor's reference, I first met Mr. Gipson fifteen years ago in March of 2007 when our mutual friend and community mentor brought him to Northern California to show him some "new horizons."  We spent a long weekend backpacking in Point Reyes National Seashore and also spending time with my wife and daughter. From the outset, Mr. Gipson was kind, respectful and appreciative of the experiences, the attention and the opportunity to see some different facets to life.

In the time since I have remained close to Mr. Gipson and spent time with him at various retreats in our shared Mosaic Multicultural Community, including in 2019 and 2020 when I witnessed Mr. Gipson becoming a new father.  At the August 2019 retreat, Dawanovan shared the impact our first trip together had on him, particularly when he was entrusted with watching my daughter. Being a young black man from the *hood* and to be given the trust of a suburban white man with his child and home greatly impacted him. I'm relaying this story to your honor to let you know, while Mr. Gipson may have further learning to do about his choices, it is not in my experience a

matter of goodness of heart. Indeed, I have witnessed the high level of commitment and love Dawanovan gives to those around him, not least of which is his children. His nature is constant. He cares for others, sometimes to a fault.

As the twists of life would have it, Mr. Gipson's first daughter was born on the same day as my first daughter, Abigail whom he took care of all those years ago. Since Mr. Gipson has become a father, I've been impressed with the strength of his commitment, care and investment. I know him to be a loving and willing father. I have a lot of trust and care in Dawanovan Gipson. Of all the people I know, Mr. Gipson is one kindest and most caring. I am not exaggerating. He thinks about those that are important to him and values his children.

For example, in the Fall of 2020, Mr. Gipson and I spent another retreat weekend together in a cabin near Lake Tahoe. We had an amazing time in the Sierra forests, hiking, fishing, using a telescope to look at the planets and stars. Importantly, we had conversations about parenting and inner-city life. Among the primary matters of conversation for Mr. Gipson pertained to how to make sure his oldest daughter was getting what she needed and how to be a solid father. Additionally, it was clear that Mr. Gipson was interested in solving problems and caring for people amongst the hardships of poverty and inner-city challenges.

Finally, I'd like to share with the court my perspective of Mr. Gipson's participation in this illegal activity. As your Honor well knows growing-up and making one's way in an *at-risk* community like the Nickerson Gardens Housing Project in Watts is a difficult task at best. There is a genuine scarcity of meaningful opportunities which burden the lives of people with a profound inequity which is also accompanied by an intense level of threat. I have known Mr. Gipson to respond to his life circumstances by being positive, a helper and peacemaker. While only Mr. Gipson can speak for himself, it is my understanding that his *caring for others first* approach to life along with the novel pressures of fatherhood and the pandemic set-up the conditions in which he made the mistakes and (I mean this in every way)  *poor* decisions.

The social-science demonstrates that poverty, stress, exposure to violence and lack of parental investment impact cognitive function. I believe your Honor, that Mr. Gipson's choices in this circumstance should be viewed with these realities in mind. Further, I believe knowing something of the countless thoughtful and giving ways Mr. Gipson has responded to the people around him and the challenges he faces is important for the court to know as well.

Honestly, it has been hard for me to understand why Mr. Gipson placed himself and his relationship with children at risk in this way for a while. But I believe I understand this now. When the reflection you get from the world is that your life has little to no value, then in the hardest moments you make "decisions" which reflect how deeply impacted you are by that story. Your Honor, I believe our responsibility here is to help and show that in every way we can that Mr. Gipson's life is valuable and that we can help him live in a way that corresponds to that value.

I believe now is the best time for your court along with Dawanvoan's friends and family, and especially the committed men in the Mosaic community to help Mr. Gipson know and live his value. I humbly and lovingly request that the court take the contributions of goodness and care to those around him into deep consideration when making its sentencing decision about Mr. Gipson. I know it would matter a great deal to me, my family and Mr. Gipson's own family and friends.

Thank you,
Jeffrey Szilagyi L.Ac.







