Dear Judge Gee,

I am writing today to voice my support for Mr. Dawanovan Gipson as he stands before you and accepts his sentence.

I met Dawanovan in a few day retreat in August 2019, and from the moment I met him, I was instantly taken by his warmth, kindness, and humble nature. I could tell right away he cares about the world, about others, and about his people. I felt an instant kinship, and we spent long conversations exploring deep topics and making jokes and laughing.

My background is in community organizing, healing modalities, and mens' work. I have an organization called Kinhood and I came to participate in the Mosaic community because it is at the intersection of all I do.

I follow other members of our community in being committed to supporting Dawanovan as he accepts your court's judgment and commits to society and supports his children and family.

I feel I need to make known my deep hope that the court takes into consideration that Mr. Gipson is a deeply valued member of our community, and whom I hope to be in more retreats with. I hope he will be able to return to his family soon enough.

Signed,
Ophir Haberer

*[signature]*

Honorable Judge Dolly Gee
United States Courthouse,
350 West 1st Street
Los Angeles, CA, 90012,
Courtroom 8C, 8th Floor

April 8, 2022

Dear Honorable Judge Gee,

I am writing today in support of Dawanovan Gipson, who is due to be sentenced by the court this April.

I met first Dawanovan in 2019 during the Mosaic Multicultural Foundation's annual retreat in Mendocino, California. This retreat is a week-long gathering led by Michael Meade and Luis Rodriguez. It is a community focused event that offers men the opportunity to heal, grow, and build cross-cultural alliances. Although we did not meet until 2019, both Dawanovan and I have been connected to this community since we were teenagers.

I first came to the Mosaic community as a youth in need of mentoring. Since then, the lessons I have learned through Mosaic have inspired my current commitment to peace and nonviolence. In my professional life, my dedication to this work has included serving as Program Manager for Vision Quilt, a national organization dedicated to gun violence prevention. I also cofounded the Buddhist Humanitarian Project, a Buddhist-based organization focused on providing relief to Rohingya refugees fleeing genocide in Myanmar.

When I first met Dawanovan, I was impressed by his eloquence and his ability to speak from the heart. During the retreat, I was stunned by one of Dawanovan's poems, which he recited to a group of nearly one hundred men. The poem spoke to the depth of his longing for community, and the challenges of growing up in the projects. I also remember Dawanovan's childlike reverence for nature – he was so amazed to see a lizard, which he caught so that he could show to others.

Throughout this week, Dawanovan and I had many meaningful conversations. At the time, Dawanovan was expecting his first child, and he spoke with aniticipation about becoming a father. He was identified and reflected on some of the challenges he might as a father, recognizing how he lacked positive male role models growing up. Throughout our conversations, I saw a man who was dedicated to his family, community, and self-improvement.

Since 2019, Dawanovan and I have remained friends. I was fortunate enough to spend a weekend with him in 2021, when he and another man brought two youth from Watts to the Lake Tahoe area. Once again, our small gathering was focused on healing and community. I remember the way Dawanovan spoke to the two adolescent youth on our trip. The youth had not spent significant amounts of time in nature, they had never gone swimming in a lake or gone for a ride in a boat. When these youth felt overwhelmed or hesistant during the trip, Dawanovan

would encourage them by saying, "Just think, you might be the first kid from Watts to ever swim in this lake!" He knew the importance of these youth expanding their horizons; he wanted to deepen their sense of possibility in life. It is this quality of leadership and care for others that I most admire in Dawanovan.

I know that Dawanovan is capable of completing his sentence and making value contributions to his family, community and society. He has natural leadership skills, and I believe that he will not only learn from his mistakes but find ways to support others so they don't make the same choices. The Mosaic community is committed to supporting Dawanovan throughout this process, during and after his incarceration. We will work with Dawanovan to ensure that he turns a new corner in his life.

I hope that your Honor will consider these factors while determining Dawanovan's sentence. He is a valued father and community member, and we greatly look forward to the day we can return home and begin making positive contributions to the community.

Thank you.

Derek Pyle
Ashland, Oregon
541-326-9451

Luis Santos
<atlantico.it@gmail.com>
Cell: +61 428 466 316

30 Garden Avenue
Mullumbimby NSW 2482
Australia

Mullumbimby, 8th March 2022

To Honorable Dolly M. Gee,

My name is Luis Santos and I am a Portuguese man living in Australia with my wife and four children. I am an Information Technology consultant and a facilitator in "Men's Work" and "Father & Son Camps".

It was as a group work facilitator, husband and father that I attended a Men's gathering at Mendocino California in 2019 where I met Dawanovan (aka Wano).

There were around 100 men of diverse backgrounds and ethnicities at the gathering and Wano stood out to me as a calm and witty man, a natural born poet that could say a lot with a few poignant words.

On more than one occasion I witnessed his care towards other men as they struggled through their grief and trauma or after challenging group processes.

Wano and I spent some evenings chatting by the fire and I got to hear of the love he feels for his family, his openness to help other men and his willingness to be the best man he can possibly be.

Wano has a strong network of friends around him, and our Mendocino community will continue supporting him to make positive life choices during and after his incarceration.

Wano is very committed to the wellbeing of his family and I am certain he will take this setback as a learning opportunity to realign his life priorities towards his family and his community.

I wish the best possible outcome for him and his future.

Sincerely,

*Luis Santos*

Luis Santos

Dear Sir/Madam, Your honor ,

My name is Alphonse Seward, father of 2 and grandfather of 4 children. I am a semi-retired financial planner living in British Columbia, Canada. I have been attending retreats for men for more than 30 years. These events are organized and facilitated by Mosaic Voices. The primary purpose of these multi-cultural gatherings is to mentor men, especially young men at high risk.

In the course of attending these events I had the pleasure to meet a young man Dawnovan Gipson. He is known to me as Wano. The purpose of my letter is to say I know Wano from these men's gatherings. I found him to be very engaged in our work. It took some time to establish trust with him but we made some real progress over the course of our time together. I understand Wano stands before you to face the consequences of his errors in judgement and actions. As you weigh his circumstances, please consider there are people who truly care about Wano.

We continue to be interested in helping Wano become a productive, contributing member of community. We will provide him books, correspondence, visitation and guidance as he serves his time in prison. We will not give up on Wano. It may help you to know there are many of us who care for and take an interest in this Wano. Redemption, rehabilitation and restorative justice are values we share. Please consider lenience in your sentencing.  We support all efforts to correct and develop Wano. We pray your discernment is inspired as you weigh Wano's future. Thank you, your honor
Alphonse Seward CFP RRC

604-417-5144

*Alphonse Seward*