Hi my name is LaTasia Neal, I been knowing Mr. Gipson, my whole life, we have 3 kids together, Diva 2yrs, Dynasty 1yrs and Diary 4 months old, Mr. Gipson is a wonderful father and stepdad he is very laidback, too nice, loving caring, guy that always willing to help out in any way he can, I think he made a mistake, which we all do or have in life, I understant sometimes things happen, you learn, grow and move on and make sure it nevers happen agin, Mr. Gipson has a supportive family, that's willing to help him by anymeans far as jobs, Volunteer work and helping out with family businesses to keep him busy and out the way, Mr. Gipson has the potential and the work structure and I believe on him and loves and miss him,

Latasia Nea
3044380062