# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>DAWANOVAN GIPSON, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cr–00124–DMG<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __4/12/2022__

Document Number(s):   __93__

Title of Document(s):   __Letter Re Sentencing__

**ERROR(S) WITH DOCUMENT:**

Title page is missing.




Other:


**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.


Clerk, U.S. District Court

Dated:  April 18, 2022     By:  /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                       Deputy Clerk


*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS